# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Danielle S. Rake                                          CHAPTER 13
    Jason A. Rake

            BKY. NO. 17-70313 JAD

      Debtor(s)

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 and index same on the master mailing list.

            Respectfully submitted,

            **/s/James C. Warmbrodt, Esquire**
            James C. Warmbrodt, Esquire
            Attorney I.D. No. 42524
            KML Law Group, P.C.
            BNY Mellon Independence Center
            701 Market Street, Suite 5000
            Philadelphia, PA 19106
            412-430-3594
            jwarmbrodt@kmllawgroup.com