**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

11/12/2021

IN RE:

| | |
|---|---|
| JASON A RAKE<br>DANIELLE S RAKE<br>442 QUARRY AVENUE<br>DUBOIS, PA 15801<br>XXX-XX-7658         Debtor(s)<br><br>XXX-XX-1235 | Case No.17-70313 JAD<br><br>Chapter 13 |

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/12/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SLEEP NUMBER/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 6118 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number: 2   INT %: 5.00%<br>Court Claim Number: 5<br>CLAIM: 21,378.80<br>COMMENT: $CL5GOV@TERMS/PL*PMT/CONF*13200@5%MDF/PL*FR CPS-DOC 55 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 399123 |
| **SHEFFIELD FINANCIAL/B B & T***<br>ATTN BKRPTCY SECTION / 100-50-01-51<br>POB 1847<br>WILSON, NC  27894-1847 | Trustee Claim Number: 3   INT %: 6.00%<br>Court Claim Number: 2<br>CLAIM: 15,220.76<br>COMMENT: $/CL2GOV@MDF TRMS/PL~PMT/CONF*10K@6%MDF/PL | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 1876 |
| **SHAPIRO & DENARDO LLC***<br>3600 HORIZON DR STE 150<br>KING OF PRUSSIA, PA  19406 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 29CD |
| **CLEARFIELD COUNTY TAX CLM BUR**<br>230 E MARKET ST STE 121<br>CLEARFIELD, PA  16830-2448 | Trustee Claim Number: 5   INT %: 9.00%<br>Court Claim Number:<br>CLAIM: 909.00<br>COMMENT: 909@9%/PL*16~PRI/SCH*128-803-443-032.1*PIF/CR~NTC-RSV | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0321 |
| **AMERICAN WEB LOAN++**<br>2128 N 14TH ST STE 1 130<br>PONCA CITY, OK  74601 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3071 |
| **APEX ASSET**<br>2501 OREGON PIKE STE 120<br>LANCASTER, PA  17601 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PENN HIGHLANDS DUBOIS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4726 |
| **APEX ASSET**<br>2501 OREGON PIKE STE 120<br>LANCASTER, PA  17601 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PENN HIGHLANDS DUBOIS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8134 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 1,116.87<br>COMMENT: CAPITAL ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3382 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE  19850 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4258 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 11 INT %: 0.00%<br>Court Claim Number: 6 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3212 | CLAIM: 350.07<br>COMMENT: COMENITY/BON-TON |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 12 INT %: 0.00%<br>Court Claim Number: 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4189 | CLAIM: 9,600.87<br>COMMENT: FR ONEMAIN-DOC 36*LOAN DTD 11/5/15 |
| **SANDY TOWNSHIP MUNICIPAL AUTHORITY**<br>PO BOX 443<br>DUBOIS, PA 15801-0443 | Trustee Claim Number: 13 INT %: 0.00%<br>Court Claim Number: 9-2 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3959 | CLAIM: 1,718.50<br>COMMENT: SEWAGE*AMD |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 14 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6118 | CLAIM: 0.00<br>COMMENT: SLEEP NUMBER/SCH |
| **BILL ME LATER INC A/S/F SYNCHRONY BANK**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | Trustee Claim Number: 15 INT %: 0.00%<br>Court Claim Number: 8-2 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4299 | CLAIM: 2,125.13<br>COMMENT: COMENITY/PAYPAL*AMD*FR COMENITY CAPITAL BANK-DOC 52 |
| **TARGET FINANCE LLC**<br>PO BOX 516<br>HAYS, MT 59527 | Trustee Claim Number: 16 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6473 | CLAIM: 0.00<br>COMMENT: |
| **FEDERAL HOME LOAN MORTGAGE CORP - TRU**<br>C/O SELECT PORTFOLIO SERVICING INC*<br>PO BOX 65450<br>SALT LAKE CITY, UT 84165 | Trustee Claim Number: 17 INT %: 0.00%<br>Court Claim Number: 3 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 5963 | CLAIM: 0.00<br>COMMENT: PMT/DECL*DKT4LMT*BGN 5/17*FR SLS-DOC 47~W/D DOC 51*FR SLS-DOC 59 |
| **FEDERAL HOME LOAN MORTGAGE CORP - TRU**<br>C/O SELECT PORTFOLIO SERVICING INC*<br>PO BOX 65450<br>SALT LAKE CITY, UT 84165 | Trustee Claim Number: 18 INT %: 0.00%<br>Court Claim Number: 3 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 5963 | CLAIM: 9,852.43<br>COMMENT: 9620/PL*THRU 4/17*FR SLS-DOC 47~W/D DOC 51*FR SLS-DOC 59 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 19 INT %: 0.00%<br>Court Claim Number: 4-2 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 7658 | CLAIM: 8,884.51<br>COMMENT: CL4-2GOV*NT/SCH-PL*AMD |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 20 INT %: 0.00%<br>Court Claim Number: 4-2 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7658 | CLAIM: 1,693.00<br>COMMENT: NT/SCH*AMD |

| **KML LAW GROUP PC*** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  FEDERAL HOME LN MORT/PRAE | |