# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :
                                                : **Bankruptcy No. 17-70313-JAD**
**Jason A. Rake and**                           :
**Danielle S. Rake,**                           : **Chapter 13**
      **Debtors**  :
                                                :

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 21st day of March, 2021, a true and correct copy of the Order dated March 17, 2022, together with the above Wife-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

    DUBOIS CONTINUUM OF CARE COMM
    D/B/A DUBOIS NURSING HOME
    212 S. 8TH STREET
    DUBOIS, PA 15801

    JASON A. RAKE
    DANIELLE S. RAKE
    442 QUARRY AVENUE
    DU BOIS, PA 15801

    Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: <u>March 21, 2022</u>

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470