**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JASON A RAKE<br>DANIELLE S RAKE<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:17-70313 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

May 25, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/20/2017 and confirmed on 6/8/17. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 117,753.91 |
| Less Refunds to Debtor | 489.13 | |
| TOTAL AMOUNT OF PLAN FUND | | 117,264.78 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,648.00 | |
|   Trustee Fee | 5,491.21 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,139.21 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FEDERAL HOME LOAN MORTGAGE CORP | 0.00 | 36,816.72 | 0.00 | 36,816.72 |
|     Acct: 5963 | | | | |
|   FEDERAL HOME LOAN MORTGAGE CORP | 9,852.43 | 9,852.43 | 0.00 | 9,852.43 |
|     Acct: 5963 | | | | |
|   SHEFFIELD FINANCIAL/B B & T* | 15,220.76 | 15,220.76 | 2,330.18 | 17,550.94 |
|     Acct: 1876 | | | | |
|   CLEARFIELD COUNTY TAX CLM BUR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0321 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 21,378.80 | 21,378.80 | 3,272.92 | 24,651.72 |
|     Acct: 3991 | | | | |
| | | | | 88,871.81 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JASON A RAKE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JASON A RAKE | 489.13 | 489.13 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH P SEITZ ESQ | 3,648.00 | 3,648.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 8,884.51 | 8,884.51 | 0.00 | 8,884.51 |
|     Acct: 7658 | | | | |
| | | | | 8,884.51 |
| **Unsecured** | | | | |
|   AMERICAN WEB LOAN++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3071 | | | | |
|   APEX ASSET | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4726 | | | | |
|   APEX ASSET | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8134 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 1,116.87 | 697.47 | 0.00 | 697.47 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 3382 | | | | |
|     JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4258 | | | | |
|     QUANTUM3 GROUP LLC AGNT - MOMA FU | 350.07 | 218.62 | 0.00 | 218.62 |
| Acct: 3212 | | | | |
|     PRA RECEIVABLES MANAGEMENT LLC - A | 9,600.87 | 5,995.62 | 0.00 | 5,995.62 |
| Acct: 4189 | | | | |
|     SANDY TOWNSHIP MUNICIPAL AUTHORIT | 1,718.50 | 1,073.18 | 0.00 | 1,073.18 |
| Acct: 3959 | | | | |
|     SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6118 | | | | |
|     BILL ME LATER INC A/S/F SYNCHRONY BA | 2,125.13 | 1,327.11 | 0.00 | 1,327.11 |
| Acct: 4299 | | | | |
|     TARGET FINANCE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6473 | | | | |
|     INTERNAL REVENUE SERVICE* | 1,693.00 | 1,057.25 | 0.00 | 1,057.25 |
| Acct: 7658 | | | | |
|     SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6118 | | | | |
|     SHAPIRO & DENARDO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 29CD | | | | |
|     KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 10,369.25 |

| | |
|---|---:|
| **TOTAL PAID TO CREDITORS** | 108,125.57 |

TOTAL CLAIMED
PRIORITY           8,884.51
SECURED           46,451.99
UNSECURED         16,604.44


Date: 05/25/2022                                       /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JASON A RAKE
DANIELLE S RAKE
      Debtor(s)

Ronda J. Winnecour
      Movant
      vs.
No Repondents.

Case No.:17-70313 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jason A Rake  
Danielle S Rake  
  Debtors

Case No. 17-70313-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7 | User: auto | Page 1 of 3
Date Rcvd: May 26, 2022 | Form ID: pdf900 | Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason A Rake, Danielle S Rake, 442 Quarry Avenue, Du Bois, PA 15801-3518 |
| 14407033 | + | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 14407036 | + | Clearfield County Tax Claim Bureau, 230 East Market Street, Clearfield, PA 16830-2448 |
| 14407040 | + | Sandy Township Municipal Authority, P.O. Box 443, Du Bois, PA 15801-0443 |
| 14407041 | + | Shapiro & DeNardo, LLC, c/o Christopher A. DeNardo, Esquire, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14407046 | + | Target Finance, LLC, P.O. Box 516, Hays, MT 59527-0516 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2022 23:54:05 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 26 2022 23:55:00 | SELECT PORTFOLIO SERVICING, INC, 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 26 2022 23:55:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | May 26 2022 23:55:00 | Specialized Loan Servicing LLC, 14841 Dallas Parkway Suite 300, Dallas, TX 75254-7883 |
| cr | + | Email/Text: bncmail@w-legal.com | May 26 2022 23:55:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14407032 | + | Email/Text: ebn@americanwebloan.com | May 26 2022 23:55:00 | American Web Loan, 522 North 14th Street #130, Ponca City, OK 74601-4654 |
| 14407033 | ^ | MEBN | May 26 2022 23:46:28 | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 14407034 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2022 23:53:36 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14681656 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 26 2022 23:55:00 | COMENITY CAPITAL BANK, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 14649487 | + | Email/Text: bankruptcy@consumerportfolio.com | May 26 2022 23:55:00 | CONSUMER PORTFOLIO SERVICES, INC., P.O. BOX 57071, IRVINE, CA. 92619-7071 |
| 14407037 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 26 2022 23:55:00 | Comenitybk/bonton, 3100 Easton Square Pl, Columbus, OH 43219-6232 |
| 14407038 | + | Email/Text: bankruptcy@consumerportfolio.com | | |

Case 17-70313-JAD  Doc 76  Filed 05/28/22  Entered 05/29/22 00:25:10  Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 26, 2022 | Form ID: pdf900 | Total Noticed: 34 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 26 2022 23:55:00 | Consumer Portfolio Svc, 16355 Laguna Canyon Rd, Irvine, CA 92618-3801 |
| 15175391 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 26 2022 23:55:00 | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14419518 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 26 2022 23:55:00 | Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 14964388 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 26 2022 23:55:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14407035 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 26 2022 23:53:31 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14408038 | | Email/PDF: cbp@onemainfinancial.com | May 26 2022 23:54:23 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14407039 | + | Email/PDF: cbp@onemainfinancial.com | May 26 2022 23:54:00 | OneMain Financial, 280 Commons Drive, Du Bois, PA 15801-3808 |
| 14724572 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2022 23:54:05 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23451 |
| 14680714 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2022 23:54:28 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14408042 | + | Email/PDF: rmscedi@recoverycorp.com | May 26 2022 23:54:29 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14672105 | | Email/Text: bnc-quantum@quantum3group.com | May 26 2022 23:55:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14952078 | + | Email/Text: bncmail@w-legal.com | May 26 2022 23:55:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14411032 | | Email/Text: bankruptcy@bbandt.com | May 26 2022 23:55:00 | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 14407042 | + | Email/Text: bankruptcy@bbandt.com | May 26 2022 23:55:00 | Sheffield Financial Co, 2554 Lewisville Clemmons, Clemmons, NC 27012-8110 |
| 14419818 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 26 2022 23:55:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14407043 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 26 2022 23:55:00 | Specialized Loan Servicing, LLC, 8742 Lucent Boulevard, Suite 300, Littleton, CO 80129-2386 |
| 14407044 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 23:54:26 | Syncb/sleep Number, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14407045 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 23:54:24 | Synchrony Bank/Pay Pal Smart Conn, P.O. Box 965005, Orlando, FL 32896-5005 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Federal Home Loan Mortgage Corporation, as Trustee |
| cr | | Specialized Loan Servicing LLC |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14886291 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 3 of 3 |
| Date Rcvd: May 26, 2022 | Form ID: pdf900 | Total Noticed: 34 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 bnicholas@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Specialized Loan Servicing LLC pawb@fedphe.com |
| Kenneth P. Seitz | on behalf of Debtor Jason A Rake thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Danielle S Rake thedebterasers@aol.com |
| Lisa Cancanon | on behalf of Creditor Specialized Loan Servicing LLC lisac@w-legal.com Llombardi06@law.du.edu |
| Maria Miksich | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8