| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Jason A Rake<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–7658<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Danielle S Rake<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1235<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:  17–70313–JAD | | |

## Order of Discharge                                                                                             12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Jason A Rake                                  Danielle S Rake

    <u>7/12/22</u>                                    **By the court:** <u>Jeffery A. Deller</u>
                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jason A Rake  
Danielle S Rake  
    Debtors

Case No. 17-70313-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: auto      Page 1 of 3  
Date Rcvd: Jul 12, 2022      Form ID: 3180W      Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason A Rake, Danielle S Rake, 442 Quarry Avenue, Du Bois, PA 15801-3518 |
| 14407036 | + | Clearfield County Tax Claim Bureau, 230 East Market Street, Clearfield, PA 16830-2448 |
| 14407040 | + | Sandy Township Municipal Authority, P.O. Box 443, Du Bois, PA 15801-0443 |
| 14407041 | + | Shapiro & DeNardo, LLC, c/o Christopher A. DeNardo, Esquire, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14407046 | + | Target Finance, LLC, P.O. Box 516, Hays, MT 59527-0516 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jul 13 2022 08:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 13 2022 04:19:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jul 13 2022 08:18:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 13 2022 04:19:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Jul 13 2022 08:18:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 13 2022 04:19:00 | SELECT PORTFOLIO SERVICING, INC, 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 13 2022 04:19:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Jul 13 2022 04:19:00 | Specialized Loan Servicing LLC, 14841 Dallas Parkway Suite 300, Dallas, TX 75254-7883 |
| cr | + | Email/Text: bncmail@w-legal.com | Jul 13 2022 04:19:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14407032 | + | Email/Text: ebn@americanwebloan.com | Jul 13 2022 04:19:00 | American Web Loan, 522 North 14th Street #130, Ponca City, OK 74601-4654 |
| 14407033 | ^ | MEBN | | |

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 12, 2022 | Form ID: 3180W | Total Noticed: 36 |

| | | | | |
|---|---|---|---|---|
| | | | Jul 13 2022 04:17:42 | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 14407034 | | EDI: CAPITALONE.COM | Jul 13 2022 08:18:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14681656 | + | EDI: WFNNB.COM | Jul 13 2022 08:18:00 | COMENITY CAPITAL BANK, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 14649487 | + | Email/Text: bankruptcy@consumerportfolio.com | Jul 13 2022 04:19:00 | CONSUMER PORTFOLIO SERVICES, INC., P.O. BOX 57071, IRVINE, CA. 92619-7071 |
| 14407037 | + | EDI: WFNNB.COM | Jul 13 2022 08:18:00 | Comenitybk/bonton, 3100 Easton Square Pl, Columbus, OH 43219-6289 |
| 14407038 | + | Email/Text: bankruptcy@consumerportfolio.com | Jul 13 2022 04:19:00 | Consumer Portfolio Svc, 16355 Laguna Canyon Rd, Irvine, CA 92618-3801 |
| 15175391 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 13 2022 04:19:00 | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14419518 | | EDI: IRS.COM | Jul 13 2022 08:18:00 | Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 14964388 | | EDI: JEFFERSONCAP.COM | Jul 13 2022 08:18:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14407035 | | EDI: JPMORGANCHASE | Jul 13 2022 08:18:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14408038 | | EDI: AGFINANCE.COM | Jul 13 2022 08:18:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14407039 | + | EDI: AGFINANCE.COM | Jul 13 2022 08:18:00 | OneMain Financial, 280 Commons Drive, Du Bois, PA 15801-3808 |
| 14724572 | | EDI: PRA.COM | Jul 13 2022 08:18:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23451 |
| 14680714 | | EDI: PRA.COM | Jul 13 2022 08:18:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14408042 | + | EDI: RECOVERYCORP.COM | Jul 13 2022 08:18:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14672105 | | EDI: Q3G.COM | Jul 13 2022 08:18:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14952078 | + | Email/Text: bncmail@w-legal.com | Jul 13 2022 04:19:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14411032 | | Email/Text: bankruptcy@bbandt.com | Jul 13 2022 04:19:00 | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 14407042 | + | Email/Text: bankruptcy@bbandt.com | Jul 13 2022 04:19:00 | Sheffield Financial Co, 2554 Lewisville Clemmons, Clemmons, NC 27012-8110 |
| 14419818 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 13 2022 04:19:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14407043 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 13 2022 04:19:00 | Specialized Loan Servicing, LLC, 8742 Lucent Boulevard, Suite 300, Littleton, CO 80129-2386 |
| 14407044 | + | EDI: RMSC.COM | Jul 13 2022 08:18:00 | Syncb/sleep Number, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14407045 | + | EDI: RMSC.COM | Jul 13 2022 08:18:00 | Synchrony Bank/Pay Pal Smart Conn, P.O. Box 965005, Orlando, FL 32896-5005 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Federal Home Loan Mortgage Corporation, as Trustee |
| cr | | Specialized Loan Servicing LLC |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14886291 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 14, 2022                    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2022 at the address(es) listed below:

**Name** | **Email Address**

Brian Nicholas
  on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 bnicholas@kmllawgroup.com

Jerome B. Blank
  on behalf of Creditor Specialized Loan Servicing LLC pawb@fedphe.com

Kenneth P. Seitz
  on behalf of Debtor Jason A Rake thedebterasers@aol.com

Kenneth P. Seitz
  on behalf of Joint Debtor Danielle S Rake thedebterasers@aol.com

Lisa Cancanon
  on behalf of Creditor Specialized Loan Servicing LLC lisac@w-legal.com Llombardi06@law.du.edu

Maria Miksich
  on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 mmiksich@kmllawgroup.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
  cmecf@chapter13trusteewdpa.com

TOTAL: 8